# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI MOR, derivatively on behalf of AMERISOURCEBERGEN CORPORATION and individually on behalf of himself and all other similarly situated shareholders of AMERISOURCEBERGEN CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN COLLIS, RICHARD GOCHNAUER, RICHARD GOZON, EDWARD HAGENLOCKER, KATHLEEN HYLE, MICHAEL LONG, HENRY MCGEE, CHARLES COTROS, and JANE HENNEY,<br><br>Defendants,<br><br>-and-<br><br>AMERISOURCEBERGEN CORPORATION, a Delaware Corporation,<br><br>Nominal Defendant. | C.A. No. 13-cv-242-RGA |

### DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF PLAINTIFF'S MOTION TO LIFT STAY OF SETTLEMENT

STATE OF DELAWARE    )
                     ) ss:
COUNTY OF NEW CASTLE )

BRIAN E. FARNAN, being duly sworn, deposes and says:

1. I am a member of the bar of the State of Delaware and an attorney at Farnan LLP. I am counsel to Plaintiff Eli Mor in this action. I submit this declaration and accompanying documents in support of Plaintiff's Motion to Lift Stay of Settlement.

2. Attached hereto as Exhibits A through L are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| A. | Press release, "The Law Firm of Levi & Korsinsky, LLP Launches an Investigation into Possible Breaches of Fiduciary Duty by the Board of Directors of AmerisourceBergen Corporation in Connection with Executive Compensation," dated January 18, 2013. |
| B. | Amended Form 4 for Steven H. Collis, dated August 9, 2013. |
| C. | Form 8-K dated August 7, 2013. |
| D. | Letter from Seth D. Rigrodsky ("Rigrodsky") to Richard C. Gozon, dated April 5, 2013. |
| E. | Letter from Steven E. Bizar ("Bizar") to Rigrodsky, dated May 31, 2013. |
| F. | Letter from Rigrodsky to Bizar, dated July 26, 2013. |
| G. | Letter from Bizar to Rigrodsky, dated August 9, 2013. |
| H. | Letter from Rigrodsky to Bizar, dated August 20, 2013. |
| I. | Letter from Bizar to Rigrodsky, dated August 27, 2013. |
| J. | Letter from Rigrodsky to Bizar, dated September 3, 2013. |
| K. | Letter from Bizar to Rigrodsky, dated September 6, 2013. |
| L. | Expert Declaration of Brian T. Foley Regarding Value of Cancelled Stock Option Grant. |

           /s/ Brian E. Farnan_____
           Brian E. Farnan