IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI MOR, derivatively on behalf of AMERISOURCEBERGEN CORPORATION and individually on behalf of himself and all other similarly situated shareholders of AMERISOURCEBERGEN CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN COLLIS, et al.,<br><br>    Defendants,<br><br>and<br><br>AMERISOURCEBERGEN CORPORATION, a Delaware Corporation,<br><br>    Nominal Defendant. | Civil Action No. 13-242-RGA |

ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's request for attorney's fees (D.I. 26-5) is **GRANTED**, and ICLUB's Petition for Attorney's Fees (D.I. 62) is **DENIED**. Plaintiff is awarded $550,000 in attorney's fees and expenses.

Entered this 30 day of June, 2015.

*/s/ Richard G. Andrews*
United States District Judge