# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI MOR, derivatively on behalf of AMERISOURCEBERGEN CORPORATION, and individually on behalf of himself and all other similarly situated shareholders of AMERISOURCEBERGEN CORPORATION,<br><br>     Plaintiff,<br><br> v.<br><br>STEVEN COLLIS, et al.,<br><br>     Defendants,<br><br> and<br><br>AMERISOURCEBERGEN CORPORATION, a Delaware Corporation,<br><br>     Nominal Defendant. | Civil Action No. 13-242-RGA |

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that plaintiff Eli Mor hereby appeals to the United States Court of Appeals for the Third Circuit from the Order granting Plaintiff's request for attorney's fees entered in this action on July 1, 2015 (D.I. 79) and the corresponding Memorandum Opinion entered in this action on July 1, 2015 (D.I. 78).

|  |  |
|---|---|
| Dated: July 30, 2015 | Respectfully submitted, |
|  | FARNAN LLP |
|  | /s/ Brian E. Farnan |
|  | Brian Farnan (Bar No. 4089) |
|  | Rosemary J. Piergiovanni (Bar No. 3655) |
| *Of Counsel*: | 919 N. Market Street, 12th Floor |
|  | Wilmington, Delaware 19801 |
| LEVI & KORSINSKY LLP | Tel: (302) 777-0300 |
| Eduard Korsinsky | Fax: (302) 777-0301 |
| 30 Broad Street, 24th Floor | bfarnan@farnanlaw.com |
| New York, New York 10004 |  |
| Tel: (212) 363-7500 |  |
| Fax: (212) (363)-7171 |  |
| ek@zlk.com |  |
|  | *Attorneys for Plaintiff* |