

September 21, 2016

**V**IA **E**-**F**ILING
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

        Re: <u>*Mor v. Collis, et al.*, C.A. No. 13-cv-242 (RGA)</u>

Dear Judge Andrews:

        Pursuant to the Court's instruction during the September 20, 2016 conference, we write to inform Your Honor that since entry of the Court's July 1, 2015 Order: (i) Levi & Korsinsky LLP expended 139.7 legal hours and 2.25 paralegal hours preparing for and filing the appeal, including time spent with the Third Circuit mediator, and the lodestar value of that time is $78,918.75, as well as an additional 15.5 legal hours subsequent to the issuance of the Third Circuit's Opinion, including preparation for and appearance at today's hearing, with a lodestar value of $11,311.25; (ii) Farnan LLP expended 27.6 hours preparing and filing the appeal, and the lodestar value of that time is $10,953.50; and (iii) Plaintiff's counsel incurred a total of $3,126.26 in expenses.

        We remain at Your Honor's disposal should the Court have any further queries, and again, we appreciate the Court's indulgence in allowing us to be heard on this matter.

        Respectfully submitted,

        /s/ Brian E. Farnan

        Brian E. Farnan

cc: Counsel of record (via E-Filing)